

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-17-00823-CR

**IN RE** Robert **MARTINEZ,** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On December 13, 2017, relator filed a petition for writ of mandamus. This court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* TEX. R. APP. P. 52.8(b); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.10 (West 2015) ("When motion has been made to a judge under the circumstances set forth in the two preceding Articles [11.08 and 11.09], he shall appoint a time when he will examine the cause of the applicant, and issue the writ returnable at that time, in the county where the offense is charged in the indictment or information to have been committed. He shall also specify some place in the county where he will hear the motion."); *see id.* at art. 11.11 ("The time so appointed shall be the earliest day which the judge can devote to hearing the cause of the applicant."); *see id.* at art. 11.15 ("The writ of habeas corpus shall be granted without delay by the judge or court receiving the petition, unless it be manifest from the petition itself, or some documents annexed to it, that the party is entitled to no relief whatever."); *In re Vanderbeek*, No. WR-87,160-01, 2017 WL 3614189, at *1 (Tex. Crim. App. Aug. 23, 2017) (not designated for publication) (requesting trial court to respond to relator's claim that an article 11.09 writ application had been pending since July 20, 2017, with no action); *Ex parte Burks*, No. 06-13-00217-CR, 2014 WL 12740144, at *3 & n. 5 (Tex. App.—Texarkana Apr. 25, 2014, no pet.) (not designated for publication) (noting post-conviction misdemeanor applications for habeas corpus are governed by article 11.09, trial court has ministerial duty to rule on the application, and mandamus relief is available when trial court refuses to rule). **The respondent and the real party in interest may file a response to the petition in this court no later than January 3, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

---

[1] This proceeding arises out of Cause No. 307125, styled *Ex parte Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Hon. John Longoria presiding.

It is so **ORDERED** on December 14, 2017.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court